56 ■ 

Nicholas GIBSON, et al., Appellants,

v.

STATE FARM FIRE & CASUALTY
INSURANCE CO., Respondent.

No. 73506.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 8, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 26, 1998.

Application for Transfer Denied
Dec. 22, 1998.

Ronald L. Rothman, Librach & Rothman,
P.C., St. Louis, for appellant.

Gerard T. Noce, Christiana M. Rush, Noce
& Buckley, L.L.C., St. Louis, for respondent.

Before JAMES R. DOWD, P.J.,
CRAHAN, and RICHARD B.
TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Appellants appeal the judgment of the trial
court entered on a jury verdict in favor of
respondent on their action for negligence on
the part of respondent. Appellants claim
that respondent negligently failed to issue a
policy of automobile liability insurance nam-
ing them as insureds. On appeal, appellants
contend that the trial court erred in refusing
to grant a mistrial or, alternatively, a new
trial based on respondent's counsel's refer-
ence to appellants' failure to produce a wit-
ness who was equally available to both par-
ties.

We have reviewed the briefs and the rec-
ord. No error of law appears. An opinion
reciting the detailed facts and restating the
principles of law would have no precedential

value. The judgment of the trial court is
affirmed pursuant to Rule 84.16(b).